REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

FAWNLAND FARMS, INC                                Case No.

Debtor(s).

# SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☒ OTHER (PLEASE DESCRIBE:____) Chapter 12 plan

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 8-31-18

X _____                                X _____
Signature of Debtor1 or Authorized                         Signature of Debtor 2
Representative

**PIERRE HANSEN, CEO Fawnland Farms, Inc**              **Alfred Tamble, CFO Fawnland Farms, Inc.**
Printed Name of Debtor 1 or                              Printed Name of Debtor 2
Authorized Representative

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

Fawnland Farms, Inc.,  Case No.: 18-60305
 Chapter 12
 Debtor. **August 31, 2018**

# CHAPTER 12 PLAN

## ARTICLE I
## ADMINISTRATIVE PRIORITY CLAIMS

The Chapter 12 trustee shall make application to the Court for approval of trustee's fees and for any reasonable and necessary expenses of the trustee in effectuating the trustee's duties under the Bankruptcy Code in administering this case. The Debtor(s) shall pay an amount equal to five percent (5%) of all payments disbursed by the Chapter 12 trustee as an estimated payment and the trustee shall hold the fee until the trustee's fees and expenses are applied for and approved by the Court. Once the trustee's fees are approved, the trustee shall pay them. If there are excess funds in the account at the end of the case, the money shall be paid to the unsecured creditors and any excess after paying the unsecured creditors shall be paid to the debtors, unless otherwise ordered by the Court. The term of this plan shall be three (3) years.

## ARTICLE II
## CLASSIFICATION OF CLAIMS AND INTERESTS

CLASS 1: Austin Huffmann

CLASS 2: Central Minnesota Credit Union

CLASS 3: CNH Industrial Capital

CLASS 4: Joyce C. Hansen Trust & Pierre T. Hansen Trust

CLASS 5: Internal Revenue Service

CLASS 6: Executory Contracts

CLASS 7: Velde Moore, Ltd.

CLASS 8: Unsecured Creditors

# ARTICLE III

## CLASS 1

Class 1 consists of the claim of Austin Huffmann (AH). AH has one loan with debtor that is secured by a combine, windrower, and four irrigations systems. The current balance of the loan is $142,313.00 and the value of the collateral is $102,000.00. The debtor is not seeking to modify the terms of this note, and shall continue to make his contractual payments directly to AH in the amount of $4,382.57 per month, represented as an annual payment below:

| Annual Payment | Trustee Fee (5%) | Total |
|---|---|---|
| $52,590.84 | n/a | $52,590.84 |

## CLASS 2

Class 2 consists of the claim of Central Minnesota Credit Union (CMCU). CMCU has one loan with debtor that is secured by a 2015 M.650 Bobcat. The current balance of the loan is $19,233.57 and the value of the collateral is $29,000.00. The debtor is not seeking to modify the terms of this note, and shall continue to make his contractual payments directly to CMCU in the amount of $571.55 per month, represented as an annual payment below:

| Annual Payment | Trustee Fee (5%) | Total |
|---|---|---|
| $6,858.60 | n/a | $6,858.60 |

## CLASS 3

Class 3 consists of the claim of CNH Industrial Capital (CNH). CNH has two loans with debtor. The first loan is secured by a Claas 880 Forage Chopper with a fair market value of $45,000.00 and a loan balance of $44,660.00. The second loan is secured by a Case IH STX 325 Tractor with a fair market value of $48,000.00 and a loan balance of $48,429.00. The debtor is not seeking to modify the terms of thes notes, and shall continue to make his contractual payments directly to CNH in the amount of $914.31 and $780.55 per month, represented as an combined, annual payment below:

| Annual Payment | Trustee Fee (5%) | Total |
|---|---|---|
| $20,338.32 | n/a | $20,338.32 |

## CLASS 4

Class 4 consists of the claim of the Joyce C. Hansen Trust and Pierre T. Hansen Trust (Trust). The Trust has one loan with debtor that is secured by its farm equipment with a fair market value of $418,586.00. The balance of the Trust loan is $1,1,146,546.72. The Trust loan balance corresponds to the balance owed to Freeport State Bank. Freeport State Bank has two loans with the debtor that is secured by the real property owned by the Trust that is farmed by the debtor.

As such the Trust has a corresponding lien against the equipment of the debtor. The debtor is not seeking to modify the terms of this note, and shall continue to make his contractual payments in the amount of $8,600.00 per month, represented as an annual payment below:

| Annual Payment | Trustee Fee (5%) | Total |
|---|---|---|
| $103,200.00 | n/a | $103,200.00 |

## CLASS 5

Class 5 consists of the claim of the Internal Revenue Service (IRS). The debtor owes the IRS $34,000.00 which is a priority claim.

The debtor shall pay the IRS by making monthly payments of $944.45 through its chapter 12 plan. The monthly payment is represented under annual terms below.

| Annual Payment | Trustee Fee (5%) | Total |
|---|---|---|
| $11,333.40 | $566.67 | $11,900.07 |

## CLASS 6

Class 6 consists of executory contracts. The debtor will assume the following contracts under their pre-petition terms: All contracts with Farm Service Agency, including but not limited to the MPP-Dairy program. The debtor will assume all its farm land lease with the Joyce C. Hansen and Pierre T. Hansen Trust. .

## CLASS 7

Class 7 consists of Velde Moore, Ltd., which claim is for attorney's fees associated with this filing. This claim shall be paid over a period of term of this plan (3 years) at an hourly rate of $200.00. The debtor will make payments through the plan at the rate of $240.00 per month. In addition the debtor shall provide the trustee with such additional funds as are necessary to provide for the trustee fees on such payment. The monthly payment is represented under annual terms below.

| Annual Payment | Trustee Fee (5%) | Total |
|---|---|---|
| $2,880.00 | $144.00 | $3,024.00 |

## CLASS 8

Class 8 is that of all unsecured creditors. The Debtor proposes to withhold each year sums of money for reasonable and necessary expenses to preserve and continue the Debtor's farm operation as authorized under 11 U.S.C. § 1225(b)(2)(B). Such expenses include, but are not limited to, purchases of capital improvements, machinery and equipment. The debtor shall also withhold reasonable amounts necessary for inputs for subsequent crops to be planted during the duration of the plan.

Payments shall be made equal to at least amounts called for in the liquidation analysis.
The Debtor shall commit all disposable income to the completion of the plan, the duration of this plan shall be three years. Debtor shall pay only timely filed claims. The debtor shall make an annual payment of $3,368.55 on or before the last Friday in December beginning in 2018. The best interest calculation is $10,105.63.

| Annual Payment | Trustee fee (5%) | Total |
|---|---|---|
| $3,368.55 | $168.43 | $3,536.98 |

## ARTICLE IV
## LIQUIDATION ANALYSIS

The Liquidation Analysis as required under Section 1225 (a) (4) is attached as Attachment A. The debtor is not eligible to claim exemptions.

## ARTICLE V
## FARM INCOME AND EXPENSES

The Debtor shall satisfy the obligations of this plan through income from farm and non-farm earnings, see attached cash flow. Debtors shall provide the chapter 12 trustee with operating reports and bank statements on a monthly basis, and shall file and provide the chapter 12 trustee copies of tax returns annually.

### POST-PETITION CREDITORS AND SUPPLIERS

The Debtor shall administer contracts on all post-petition contracts outside of the plan. The following table describes the annual payment amounts called for herein, payments will be made monthly to the trustee.

| CLASS | PAYMENT | TRUSTEE FEE | TOTAL |
|---|---|---|---|
| CLASS 1 | 52,590.84 | n/a | 52,590.84 |
| CLASS 2 | 6,858.60 | n/a | 6,858.60 |
| CLASS 3 | 20,338.32 | n/a | 20,338.32 |
| CLASS 4 | 103,200.00 | n/a | 103,200.00 |
| CLASS 5 | 11,333.40 | 566.67 | 11,900.07 |
| CLASS 6 | | | |
| CLASS 7 | 2,880.00 | 144.00 | 3,024.00 |
| CLASS 8 | 3,368.55 | 168.43 | 3,536.98 |
| | 200,569.71 | 879.10 | 201,448.81 |

TOTAL

Dated: August 31, 2018　　　　　　　　　　　　　/e/Pierre Hansen
　　　　　　　　　　　　　　　　　　　　　　　CEO of Fawnland Farms, Inc.
　　　　　　　　　　　　　　　　　　　　　　　Chapter 12 Debtor

| Asset | Value | Liens | Lien Holder | Junior Lien | Exemption | Estate |
|---|---|---|---|---|---|---|
| Checking Granite City | $ 48,247.28 | $ 48,247.28 | J.H. Trust | | | $ - |
| Checking Freeport State | $ 13,633.70 | $ 13,633.70 | J.H. Trust | | | $ - |
| Planted Crops | $ - | | | | | $ - |
| Dairy Herd held in trust | $ - | | | | | $ - |
| Farm machinery | $ 418,586.00 | $ 418,586.00 | J.H. Trust | | | $ - |
| Claas 880 Forage Chopper | $ 45,000.00 | $ 44,660.80 | CNH Ind. Capital | | | $ 339.20 |
| Case STX 325 Tractor | $ 48,000.00 | $ 48,429.09 | CNH Ind. Capital | | | $ - |
| JD 9500 combine | $ 20,000.00 | $ 20,000.00 | Austin Huffmann | | | $ - |
| JD 4990 Windrower | $ 22,000.00 | $ 22,000.00 | Austin Huffmann | | | $ - |
| 4 Irrigation Systems | $ 60,000.00 | $ 60,000.00 | Austin Huffmann | | | $ - |
| 2015 650 Bobcat | $ 29,000.00 | $ 19,233.57 | Cent. MN CU | | | $ 9,766.43 |
| Feed Inventory | $ - | | | | | $ - |
| leased real estate | $ - | | | | | $ - |
| Total | | | | | | $ 10,105.63 |

|  | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH INFLOWS** | | | | | | | | | | | | | |
| Beg cash bal | 2000 | 1000 | 57775 | 41207 | 38606 | 41023 | 5964 | 1000 | 1000 | 12851 | 26555 | 3297 | 2000 |
| Corn | - | - | - | - | - | - | - | - | 32500 | 23595 | 13975 | - | 70070 |
| S. Wheat | - | - | - | 11760 | - | - | - | - | - | - | - | - | 11760 |
| Milk | 60101 | 60101 | 60101 | 60101 | 60101 | 60101 | 60101 | 60101 | 60101 | 60101 | 60101 | 60101 | 721216 |
| Cull stock | 1309 | 1309 | 1309 | 1309 | 1309 | 1309 | 1309 | 1309 | 1309 | 1309 | 1309 | 1309 | 15712 |
| Misc. lvstk | 1759 | 1759 | 1759 | 1759 | 1759 | 1759 | 1759 | 1759 | 1759 | 1759 | 1759 | 1759 | 21109 |
| Other farm | | | | | | | | | | | | | |
| LOL Stock | - | 90000 | - | - | - | - | - | - | - | - | - | - | 90000 |
| Total inflow | 65170 | 154170 | 120945 | 116137 | 101775 | 104193 | 69134 | 64170 | 96670 | 99616 | 103700 | 66466 | 931867 |

The Debtor anticipates increasing to 3 milkings per day which shall increase income +75,000

**CASH OUTFLOWS**                                                                   1,006,867

|  | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seed | - | - | - | - | - | - | - | - | - | - | 29134 | - | 29134 |
| Fertilizer | - | - | - | - | - | - | - | - | - | - | 1767 | 28756 | 30523 |
| Chemicals | - | - | - | - | - | - | - | - | - | - | - | 14716 | 14716 |
| Crop insur. | - | 305 | - | 1256 | - | 2681 | - | - | - | - | - | - | 4242 |
| Drying fuel | - | - | - | - | - | 2143 | - | - | - | - | - | - | 2143 |
| Irrig energy | 2545 | 3704 | 2882 | 590 | - | - | - | - | - | - | - | - | 9720 |
| Pur. Hay | - | - | - | - | - | - | - | - | - | - | - | 2643 | 2643 |
| Purch. feed | 14149 | 14149 | 14149 | 14149 | 14149 | 14149 | 14149 | 14149 | 14149 | 14149 | 14149 | 14149 | 169783 |
| Breeding | 1022 | 1022 | 1022 | 1022 | 1022 | 1022 | 1022 | 1022 | 1022 | 1022 | 1022 | 1022 | 12264 |
| Veterinary | 1444 | 1444 | 1444 | 1444 | 1444 | 1444 | 1444 | 1444 | 1444 | 1444 | 1444 | 1444 | 17334 |
| Supplies | 3325 | 3325 | 3325 | 3325 | 3325 | 3325 | 3325 | 3325 | 3325 | 3325 | 3325 | 3325 | 39903 |
| DHIA | 427 | 427 | 427 | 427 | 427 | 427 | 427 | 427 | 427 | 427 | 427 | 427 | 5124 |
| L. Hauling | 2310 | 2310 | 2310 | 2310 | 2310 | 2310 | 2310 | 2310 | 2310 | 2310 | 2310 | 2310 | 27724 |
| L. Marketing | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 6192 |
| Bedding | 933 | 933 | 933 | 933 | 933 | 933 | 933 | 933 | 933 | 933 | 933 | 933 | 11194 |
| Pkg & supply | | | | | | | | | | | | | |
| ag bag @ mac | - | - | - | - | - | 3500 | 3500 | - | - | - | - | - | 7000 |
| Fuel & oil | 2458 | 2458 | 2458 | 2458 | 2458 | 2458 | 2458 | 2458 | 2458 | 2458 | 2458 | 2458 | 29500 |
| Repairs | | | | | | | | | | | | | |
| repairs | 5999 | 5999 | 5999 | 5999 | 5999 | 5999 | 5999 | 5999 | 5999 | 5999 | 5999 | 5999 | 71982 |
| repairs adju | -3467 | -3467 | -3467 | -3467 | -3467 | -3467 | -3467 | -3467 | -3467 | -3467 | -3467 | -3467 | -41605 |
| Total | 2531 | 2531 | 2531 | 2531 | 2531 | 2531 | 2531 | 2531 | 2531 | 2531 | 2531 | 2531 | 30377 |
| Cust hire | | | | | | | | | | | | | |
| Justin Addy | 558 | 558 | 558 | 558 | 558 | 558 | 558 | 558 | 558 | 558 | 558 | 558 | 6699 |
| Greg Miller | - | 1588 | 1588 | 1588 | - | 1588 | - | - | - | - | - | - | 6350 |
| Hansen Custo | 2600 | 2600 | - | - | - | - | - | - | - | - | - | - | 5200 |
| Terwey (haul | - | - | - | 450 | - | - | - | - | - | - | - | - | 450 |
| God Fathers | 146 | - | - | 146 | - | - | 146 | - | - | 146 | - | - | 584 |
| Hildebrandt | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 455 |
| Dockendorf | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1800 |
| Total | 3492 | 4934 | 2334 | 2930 | 746 | 2334 | 892 | 746 | 746 | 892 | 746 | 746 | 21538 |
| Labor | | | | | | | | | | | | | |
| Eric Jerez | 4412 | 4412 | 4412 | 4412 | 4412 | 4412 | 4412 | 4412 | 4412 | 4412 | 4412 | 4412 | 52944 |
| Liliana Gone | 3410 | 3410 | 3410 | 3410 | 3410 | 3410 | 3410 | 3410 | 3410 | 3410 | 3410 | 3410 | 40925 |
| Shamus Tambl | 4207 | 4207 | 4207 | 4207 | 4207 | 4207 | 4207 | 4207 | 4207 | 4207 | 4207 | 4207 | 50483 |
| Vern Meier | 1758 | 1758 | 1758 | 1758 | 1758 | 1758 | 1758 | 1758 | 1758 | 1758 | 1758 | 1758 | 21090 |
| Jack Tamble | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 30000 |
| Chip Hansen | - | - | - | - | - | - | - | - | - | - | - | - | |
| Health Ins | 1164 | 1164 | 1164 | 1164 | 1164 | 1164 | 1164 | 1164 | 1164 | 1164 | 1164 | 1164 | 13973 |

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Workman's Co | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 897 | 10765 |
| FICA | 577 | 577 | 577 | 577 | 577 | 577 | 577 | 577 | 577 | 577 | 577 | 577 | 6921 |
| Total | 18925 | 18925 | 18925 | 18925 | 18925 | 18925 | 18925 | 18925 | 18925 | 18925 | 18925 | 18925 | 227101 |
| Mach leases | | | | | | | | | | | | | |
| tank rental | - | - | 1767 | - | - | - | 1767 | - | - | - | - | 1767 | 5300 |
| RE taxes | - | - | - | - | - | 14184 | - | - | - | - | - | 14184 | 28367 |
| Farm insur. | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 18000 |
| Utilities | | | | | | | | | | | | | |
| Electric | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 | 21000 |
| cell phone | 241 | 241 | 241 | 241 | 241 | 241 | 241 | 241 | 241 | 241 | 241 | 241 | 2892 |
| internet | 161 | 161 | 161 | 161 | 161 | 161 | 161 | 161 | 161 | 161 | 161 | 161 | 1932 |
| garbage | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 960 |
| heat | - | - | - | - | - | 632 | 632 | 632 | 632 | 632 | - | - | 3161 |
| Total | 2232 | 2232 | 2232 | 2232 | 2232 | 2864 | 2864 | 2864 | 2864 | 2864 | 2232 | 2232 | 29945 |
| Dues & fees | | | | | | | | | | | | | |
| professional | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 10000 |
| Min end bal | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 |
| Tot. outflow | 59644 | 62549 | 60589 | 58382 | 54353 | 79080 | 60398 | 54985 | 54985 | 55131 | 85254 | 116418 | 790768 |
| Opr. surplus | 5526 | 91621 | 60356 | 57755 | 47423 | 25113 | 8736 | 9185 | 41685 | 44485 | 18446 | -49951 | XXXXXX |

216,099.00